UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　v. )<br>SIMON DANIEL LOPEZ, )<br>　　　　Defendant. )<br>_____ ) | Case No. CR-S-07-0117 DLJ |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　　　(X) Ad Prosequendum　　　　　　　　　　( ) Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Simon Daniel LOPEZ, Inmate No. V46511 OW 240L |
| Detained at (custodian): | Correctional Training Facility (CTF) Soledad<br>Proof of Service Clerk<br>Correctional Training Facility<br>P.O. Box 686<br>Soledad, California  93960-0686 |

| | | | |
|---|---|---|---|
| Detainee is: | a.) | (X) charged in this district by: | (X) Indictment  ( ) Information |
| Detainee will: | a.) | (_) return to the custody of detaining facility upon termination of proceedings | |
| 　　or | b.) | (X) be retained in federal custody until final disposition of federal charges. | |

*Appearance forthwith is necessary in the Eastern District of California for arraignment on the Indictment.*

| | |
|---|---|
| Signature: | /s/ Mary L. Grad |
| Printed Name & Phone No: | Mary L. Grad  916-554-2763 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

　　　　(X) Ad Prosequendum　　　　　　　　　　(_) Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Date: July 20, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　D. LOWELL JENSEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

_____
Please provide the following, if known:

| | |
|---|---|
| Booking or CDC #: | Simon Daniel LOPEZ, Inmate No. V46511 OW 240L   X Male   Female |
| Facility Address: | Correctional Training Facility (CTF) Soledad<br>Proof of Service Clerk<br>Correctional Training Facility<br>P.O. Box 686<br>Soledad, California  93960-0686 |
| Facility Phone: | 831-678-3951 ext. 4392 |
| Currently Incarcerated For: | State parole violation |

_____

**RETURN OF SERVICE**

Executed on  _____　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)