# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | RE: **Simon Daniel LOPEZ**<br>**Docket Number:  2:07CR00117-01**<br>**<u>CONTINUANCE OF JUDGMENT</u>** |

Your Honor:

The above matter is scheduled for judgment and sentencing on May 14, 2019.  Due to scheduling conflicts, we respectfully request judgment be continued until June 18, 2019.  All parties have agreed to this continuance.

Respectfully submitted,

*/s/ Wendy E. Reyes*

**Wendy E. Reyes**
**United States Probation Officer**

Dated:   May 10, 2019
         Elk Grove, California
         WER/sda


**REVIEWED BY:**        */s/ George A. Vidales*
                        **George A. Vidales**
                        **Supervising United States Probation Officer**

**RE:** Simon Daniel Lopez
　　　Docket Number: 2:07CR00117-01
　　　**CONTINUANCE OF JUDGMENT**

### ORDER OF THE COURT

☒ Approved　　☐ Disapproved

| 5/10/2019 | /s/ John A. Mendez |
|---|---|
| **Date** | **John A. Mendez**<br>**United States District Court Judge** |

Attachment(s)

cc:　Quinn Hochhalter
　　　Assistant United States Attorney

　　　Christina Sinha
　　　Federal Defender

2

REV. 03/2017
MEMO_COURT W ORDER.DOTX